**MARTIN LAW OFFICE, S.C.**

**Attorneys**

**Kevin R. Martin***
**Michael J. Jassak***
**Anthony J. Skemp***
**Drew J. DeVinney**
**Frankie J. Ovando**

*** Board Certified Civil Trial Lawyer by the National Board of Trial Advocacy**

**7801 S. Howell Avenue, Ste. 102 | Oak Creek, WI 53154**
**Phone: 414-856-2310 | Fax: 414-856-2315**
**www.martin-law-office.com**

September 11, 2024

Hon. Pamela Pepper
United States Courthouse
517 E Wisconsin Ave., Rm 140
Milwaukee, WI 53202

**Re: Perez et al v. Guetschow et al**
**Case No. 2:23-cv-153**

Dear Judge Pepper:

Defendants Shawn Guetschow and the Kenosha Unified School District filed a motion to exclude one of the plaintiffs' experts, Dr. Marian Stephens, from testifying at trial. (Doc. 45.). The plaintiffs have elected not to call Dr. Stephens at trial in this case and therefore do not oppose the defendants' motion. Therefore, the Court may enter an order granting the defendants' motion to preclude Dr. Marian Stephens from testifying in this case.

Sincerely,

**MARTIN LAW OFFICE, S.C.**

*Electronically Signed by Drew J. DeVinney*

Drew J. DeVinney
(414) 856-2670 (direct)
(414) 856-2315 (fax)
drew@martin-law-office.com

DJD:djd